IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBBIE POWELSON,

Plaintiff,

v.

BRIAN MATHERS, et al.,

Defendants.

Case No.  26-cv-06305-MMC

**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

Re: Doc. No. 3

Before the Court is plaintiff's "Application to Proceed in Forma Pauperis," filed June 24, 2026 (hereinafter, "IFP Application").  Having read and considered the application, the Court rules as follows.

Plaintiff's application fails to provide information sufficient to "verify [his] poverty" with the requisite "particularity, definiteness, and certainty."  See United States v. McQuade, 647 F.2d 938, 940 (9th Cir. 1981); see also 28 U.S.C. § 1915.  In particular, although plaintiff declares, in his Application, that he has no non-cash assets other than a "1973 Ericson Sailboat" (see IFP Application at 3:15-17), he states he has "[a]round $7000" in his bank account as well as $200 cash (see id. at 3:10-14).

Nevertheless, as plaintiff pointed out at a recent hearing, he is currently subsisting on the above-referenced cash savings, which constitute the remaining proceeds of a settlement he received in an earlier case with the defendants; under such circumstances, although a filing fee is required, the Court will reduce that fee to $200.

Accordingly, if plaintiff wishes to proceed with the instant action, plaintiff must, no later than July 21, 2026, pay a filing fee of $200 to the Clerk of Court.

If, by July 21, 2026, plaintiff has not paid the $200 filing fee, the Court will dismiss plaintiff's complaint without prejudice.

**IT IS SO ORDERED.**

Dated: June 30, 2026

_____
MAXINE M. CHESNEY
United States District Judge